# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145116(76)

PATRICK J. KENNEY,
      Plaintiff-Appellant,

v

WARDEN RAYMOND BOOKER,
      Defendant-Appellee.

_____

SC: 145116
COA: 304900
Wayne CC: 11-003828-AH

      On order of the Chief Justice, the motion by Kevin D. Raglan for leave to file a brief *amicus curiae* in this case is considered and it is denied for the reason that the proposed brief presents argument on issues not presented by this case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 3, 2013

                     Clerk